IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LABORERS COMBINED FUNDS OF WESTERN )
PENNSYLVANIA, ET AL., )
) No. 06-0142
       Plaintiff, )
)
v. )
)
M.L. LIGNOS, INC. t/d/b/a L.M. LIGNOS )
ENTERPRISE, )
)
       Defendant. )

## ORDER OF COURT

AND NOW, this 28th day of July, 2006, upon motion of counsel for Plaintiff, it is hereby ORDERED that on or before September 1, 2006, Defendant shall make available to Plaintiff's auditors for examination and audit all relevant books and payroll records of M.L. Lignos, Inc. t/d/b/a L.M. Lignos Enterprise from January 1, 2001 through the date of the audit.

                                        _____
                                        United States District Judge

398183.1:LIT:000004-010359